In the Matter of MILTON M. BERGERMAN, Individually and as Chairman of the Citizens Union of the City of New York, Appellant, against JOHN A. BYRNES, as Chief Justice of the City Court of the City of New York, et al., Respondents.

Argued April 22, 1953; decided June 4, 1953.

*Samuel D. Smoleff* for appellant.

*Nathaniel L. Goldstein, Attorney-General* (*Abe Wagman, Wendell P. Brown* and *Samuel A. Hirshowitz* of counsel), for John A. Byrnes, respondent.

*Denis M. Hurley, Corporation Counsel* (*W. Bernard Richland* and *Pauline K. Berger* of counsel), for James S. Watson and others, respondents.

*Walter Bruchhausen* for Robert J. Crews, respondent.

Order affirmed, without costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.